David P. Beitchman, SBN 198953
dbeitchman@bzlegal.com
Zina Yu, SBN 291993
zinay@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 Ventura Blvd., Suite 570
Encino, California, 91436
Telephone: (818) 986-9100
Facsimile:  (818) 986-9119

Attorneys for Plaintiff, KING BABY STUDIO, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING BABY STUDIO, INC., a California Corporation<br><br>                Plaintiff,<br><br>                vs.<br><br>JONNYO DULAY an individual, S1CK JEWELRY, a business form unknown; DOES 1 – 20<br><br>                Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR:**<br>**(1) COPYRIGHT INFRINGEMENT**<br>**(2) UNFAIR COMPETITION**<br><br>Jury Trial Demanded |

    KING BABY STUDIO, INC., by and through its undersigned attorneys,

hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

    1.    This action arises under the Copyright Act of 1976, title 17 U.S.C.,

§101 *et seq.*

    2.    This Court has federal question jurisdiction under 28 U.S.C. §1331 and

1

**COMPLAINT**

1338(a) and (b).

3.      Venue in this judicial district is proper under 28 U.S.C. §1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.      Plaintiff KING BABY STUDIO, INC. ("Plaintiff" hereafter) is a corporation organized and existing under the laws of the State of California with its principal place of business located at 1621 12th Street, Santa Monica, CA 90404 and is doing business in and with the state of California.

5.      Plaintiff is informed and believes and thereon alleges that Defendant JONNYO DOULAY is an individual who resides in the State of California and operates Defendant S1CK JEWELRY ("S1CK" hereafter) ("Defendants" hereafter) at www.s1ckjewerly.com through which JONNYO DOULAY is selling infringing jewelry products as described herein and throughout.

6.      Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 20, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of DOE Defendants 1 through 20, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to

2
**COMPLAINT**

show their true names and capacities when same have been ascertained.

7.      Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FACTUAL BACKGROUND

8.      Mitchell Binder is the author and original claimant of all jewelry designs referenced herein as King Baby Designs A through S (collectively, "King Baby Designs").  Mitchell Binder owns Plaintiff and has, at all times relevant herein, been the owner of Plaintiff.

9.      In or around the 1970s, at the age of 15, Mitchell Binder became a jeweler's apprentice.  Shortly thereafter he began designing on his own.  All designs are based off of his mother's rose garden, his infamous aunt from New Orleans, the story of a customer's desire to memorialize his grandmother's lifetime service in the military or the crazy world of a rock n' roll celebrity client.  Each piece is hand made in the United States and holds a special meaning that touches the soul and is eternally stylish.  Each design is made for jewelry enthusiasts who appreciate value

and artisan products that make the bold statement of "For the Chosen Few."

10.     All of King Baby Designs is created exclusively by Mitchell Binder for the benefit of Plaintiff.  Plaintiff entered into a license agreement with Mitchell Binder in which he assigned any and all copyright interest in King Baby Designs to Plaintiff.  Through the license agreement Plaintiff became the owner of King Baby Designs.

11.     Plaintiff was officially launched in 2000 and since then, Plaintiff has been one of the most predominant manufacturers/suppliers of customized adult jewelry products that became very popular in the United States and throughout the world.

12.     Plaintiff created a brand of jewelry that is focused on its uniqueness in design, distinctive details, originality, the traditional American spirit, and hand crafted quality.  Plaintiff's strong ideals created a reputation revered amongst its customers, celebrities, politicians, and the like.  Plaintiff now has flagship store locations in Santa Monica, Nashville, Las Vegas and Beijing, China.  True and correct copies of Plaintiff's brand image and notoriety is attached as **Exhibit "V".**

13.     Defendant JONNOY DULAY founded S1CK Jewelry in 2011 and officially launched in 2015.  Each product is hand made in the United States for those who choose to become a part of an elite universal style.  "'S1ck' which stands for (ONE SICK PIECE OF JEWELRY) is an edgy choice for whoever wishes to become the 1, 'Because Being Different Isn't Enough' (Jonnyo Dulay)."

4

## <u>CLAIMS RELATED TO REGISTRATION NO. VA 1-955-941</u>

14.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-941. ("King Baby Design A" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design A is attached herein as **Exhibit "A."**

15.     King Baby Design A was created in 2007 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  The King Baby Design A is well known and an identifiable brand to the customers and is easily accessible to the public.

16.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design A.

17.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design A, Defendants and DOE Defendants, and each of them infringed King Baby Design A and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design A (hereafter "S1CK Product A") without Plaintiff's authorization, including

but not limited to jewelry sold by Defendant under Item Description of "Garnet and Blossoms."

18.     S1CK Product A infringes King Baby Design A, through its replication of the small silver roses, the use of the dark colored beads that is substantially similar to King Baby's onyx beads, the silver band that says S1CK substantially similar to the silver band that says King Baby, and its use of 0.925 sterling silver. S1CK Product A is included as a product under women's bracelets as is King Baby Product A.

19.     An image of Subject Design A and the Subject Product A sold by Defendant at www.s1ckjewelry.com are set forth hereinbelow:

**King Baby Design A**                    **S1CK Product A**





6
**COMPLAINT**

## CLAIMS RELATED TO REGISTRATION NO. VA 1-956-104 and VA 1-955-943

20.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-956-104. ("King Baby Design B" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design B is attached herein as **Exhibit "B."**

21.     King Baby Design B was created in 2012 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  The King Baby Design B is well known and an identifiable brand to the customers and is easily accessible to the public.

22.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design B.

23.      Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design B, Defendants and DOE Defendants, and each of them infringed King Baby Design B and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design B (hereafter "S1CK Product B") without Plaintiff's authorization, including but not limited to jewelry sold by Defendant under Item Description of "Fallen."

7

**COMPLAINT**

24.     S1CK Product B infringes King Baby Design B, through its replication of the silver curb link chain, the silver wing with a double layer feather design, and its use of 0.925 sterling silver.  S1CK Product B is included as a product under Pendants as is King Baby Product B.

25.     An image of King Baby Design B and the S1CK Product B sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

**King Baby Design B**            **S1CK Product B**



ITEM NUMBER: K10-5838
ITEM DESCRIPTION: MEDIUM ARCH TYPE WING PENDANT

26.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-943. ("King Baby Design B-1" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design B-1 is

attached herein as **Exhibit "B-1."**

27.     King Baby Design B-1 was created in 2013 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design B-1 is well known and an identifiable brand to the customers and is easily accessible to the public.

28.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design B-1.

29.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design B-1, Defendants and DOE Defendants, and each of them infringed King Baby Design B-1 and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design B-1 (hereafter "S1CK Product B-1") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Royal Fallen."

30.     S1CK Product B-1 infringes King Baby Design B-1, through its replication of the onyx beads, the silver wing with a detailed feather design, the 24" length, and its use of 0.925 sterling silver.  S1CK Product B-1 is included as a product under women's necklaces as is King Baby Product B-1.

31.     An image of King Baby Design B-1 and the S1CK B sold by

9

**COMPLAINT**

Defendants at www.s1ckjewelry.com are set forth hereinbelow:

**King Baby Design B-1**     **S1CK Product B-1**





## CLAIMS RELATED TO REGISTRATION NO. VA 1-955-598

32.     Plaintiff owns an original jewelry design used for body jewelry, which
has been registered with the United States Copyright Office under the Registration
No. VA 1-955-598. ("King Baby Design C" hereafter).  Plaintiff has complied with
all requirements of the Federal Copyright laws with respect to registration.  A true
and correct copy of Certificate of Registration for the King Baby Design C is
attached herein as **Exhibit "C."**

33.     King Baby Design C was created in 2010 and Plaintiff has been selling
the same through its website <<kingbabystudio.com>> and in stores located in the
United States and abroad.  Said design was the original effort of Plaintiff and

represented the use of its skill, judgment and labor.  King Baby Design C is well known and an identifiable brand to the customers and is easily accessible to the public.

34.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design C.

35.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design C, Defendants and DOE Defendants, and each of them infringed King Baby Design C and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design C (hereafter "S1CK Product C") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Gun's and Roses."

36.     S1CK Product C infringes King Baby Design C, through its replication of the small silver revolver, the star on handle of the revolver, the 24" chain, the 2" height and 1 1/2" width of the revolver, and its use of 0.925 sterling silver.  S1CK Product C is included as a product under Pendants as is King Baby Product C.

37.     An image of King Baby Design C and the S1CK Product C sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

/ / /

/ / /

**King Baby Design C**

**S1CK Product C**



ITEM NUMBER: K10-5184
ITEM DESCRIPTION: SMALL REVOLVER PENDANT



## <u>CLAIMS RELATED TO REGISTRATION NO. VA 1-955-489</u>

38.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-489. ("King Baby Design D" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design D is attached herein as **Exhibit "D."**

39.     King Baby Design D was created in 2014 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design D is well known and an identifiable brand to the customers and is easily accessible to the

public.

40.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design D.

41.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design D, Defendants and DOE Defendants, and each of them infringed King Baby Design D and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design D (hereafter "S1CK Product D") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Redazzle and Blossoms."

42.     S1CK Product D infringes King Baby Design D, through its replication of the red coral beads, the four silver roses, and its use of 0.925 sterling silver. S1CK Product D is included as a product under women's bracelets as is King Baby Product D.

43.     An image of King Baby Design D sold by Plaintiff and the S1CK Product D sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

/ / /

/ / /

/ / /

**COMPLAINT**

**King Baby Design D**          **S1CK Product D**

 

## CLAIMS RELATED TO REGISTRATION NO. VA 1-956-110

44.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-598. ("King Baby Design E" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design E is attached herein as **Exhibit "E."**

45.     King Baby Design E was created in 2010 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design E is well

known and an identifiable brand to the customers and is easily accessible to the public.

46.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design E.

47.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design E, Defendants and DOE Defendants, and each of them infringed King Baby Design E and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design E (hereafter "S1CK Product E") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Sacred Melting Hearts and Blossoms."

48.     S1CK Product E infringes King Baby Design E, through its replication of the 6mm matte onyx beads, the dangling silver heart, the rosary type style necklace, the large silver rose, the small silver roses on the necklace, the small silver rose between the cross and the skull, and its use of 0.925 sterling silver.  S1CK Product E is included as a product under women's necklaces as is King Baby Product E.

49.     An image of King Baby Design E and the S1CK Product E sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**King Baby Design E**          **S1CK Product E**




ITEM NUMBER: K56-5118
ITEM DESCRIPTION: 6 MM ONYX BEAD ROSARY WITH
JET ROSE AND CROWNED HEART DROP

## CLAIMS RELATED TO REGISTRATION NO. VA 1-955-209

50.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-209. ("King Baby Design F" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design F is attached herein as **Exhibit "F."**

51.     King Baby Design F was created in 2010 and Plaintiff has been selling

the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design F is well known and an identifiable brand to the customers and is easily accessible to the public.

52.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design F.

53.      Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design F, Defendants and DOE Defendants, and each of them infringed King Baby Design F and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design F (hereafter "S1CK Product F") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Rock Star Muertos Large."

54.     S1CK Product F infringes King Baby Design F, through its replication of the silver skull pendant, the star on the forehead of the skull, the upside down heart shaped nose of the skull, the curbed chain, the 24" chain, and its use of 0.925 sterling silver.  S1CK Product F is included as a product under Pendants as is King Baby Product F.

55.     An image of King Baby Design F and the S1CK Product F sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

17
**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**King Baby Design F**          **S1CK Product F**

          

## CLAIMS RELATED TO REGISTRATION NO. VA 1-955-487

56.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-209. ("King Baby Design G" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design G is attached herein as **Exhibit "G."**

57.     King Baby Design G was created in 2010 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the

18

United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design G is well known and an identifiable brand to the customers and is easily accessible to the public.

58.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design G.

59.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design G, Defendants and DOE Defendants, and each of them infringed King Baby Design G and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design G (hereafter "S1CK Product G") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Haiyan Skull Cuff Black."

60.     S1CK Product G infringes King Baby Design G, through its replication of the two silver skulls on the ends, the upside down heart shaped nose on the skulls, the braided leather cuff, the day of the dead inspired design, and its use of 0.925 sterling silver.  S1CK Product G is included as a product under men's bracelets as is King Baby Product G.

61.     An image of King Baby Design G and the S1CK Product G sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

**COMPLAINT**

**King Baby Design G**          **S1CK Product G**





ITEM NUMBER: K40-8088
ITEM DESCRIPTION: LEATHER DAY OF THE DEAD
SKULL CUFF



**King Baby Design G on the bottom
and S1CK Product G on the top.**

## CLAIMS RELATED TO REGISTRATION NO. VA 1-955-942

62.     Plaintiff owns an original jewelry design used for body jewelry, which

has been registered with the United States Copyright Office under the Registration

No. VA 1-955-209. ("King Baby Design H" hereafter).  Plaintiff has complied with

all requirements of the Federal Copyright laws with respect to registration.  A true

and correct copy of Certificate of Registration for the King Baby Design H is

attached herein as **Exhibit "H."**

20

**COMPLAINT**

63.    King Baby Design H was created in 2010 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design H is well known and an identifiable brand to the customers and is easily accessible to the public.

64.    Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design H.

65.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design H, Defendants and DOE Defendants, and each of them infringed King Baby Design H and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design H (hereafter "S1CK Product H") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "BOSS."

66.    S1CK Product H infringes King Baby Design H, through its replication of the silver skull ring, the words written on the forehead of the skull, the similar Day of the Dead design, the upside down heart shaped nose on the skull, and its use of 0.925 sterling silver.  S1CK Product H is included as a product under men's rings as is King Baby Product H.

67.     An image of King Baby Design H and the S1CK Product H sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

**King Baby Design H**                    **S1CK Product H**





ITEM NUMBER: K20-5302
ITEM DESCRIPTION: LARGE SKULL RING WITH CHOSEN
CROSS DETAIL

## CALIMS RELATED TO REGISTRATION NO. VA 1-955-203

68.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-203. ("King Baby Design I" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design I is attached herein as **Exhibit "I."**

69.     King Baby Design I was created in 2006 and Plaintiff has been selling

the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design I is well known and an identifiable brand to the customers and is easily accessible to the public.

70.     Plaintiff is the legal or equitable owner of all of the copyright in the King Baby Design I.

71.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design I, Defendants and DOE Defendants, and each of them infringed King Baby Design I and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design I (hereafter "S1CK Product I") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "King of the Ring."

72.     S1CK Product I infringes King Baby Design I, through its replication of the silver lions head ring, the detailed structure of the lions face, and its use of 0.925 sterling silver.  S1CK Product I is included as a product under men's rings as is King Baby Product I.

73.     An image of King Baby Design I and the S1CK Product I sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow;

/ / /

| King Baby Design I | S1CK Product I |
|---|---|
|  |  |

ITEM NUMBER: K20-5050
ITEM DESCRIPTION: LION'S HEAD RING

## <u>CLAIM RELATED TO REGISTRATION NO. VA 1-956-098</u>

74.      Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-956-098. ("King Baby Design J" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design J is attached herein as **Exhibit "J."**

75.      King Baby Design J was created in 2010 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design J is well known and an identifiable brand to the customers and is easily accessible to the public.

76.     Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design J.

77.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design J, Defendants and DOE Defendants, and each of them infringed King Baby Design J and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design J (hereafter "S1CK Product J") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Rock Star Muertos Haiyan."

78.     S1CK Product J infringes King Baby Design J, through its replication of the onyx beads, the small silver skull, the upside down heart shaped nose on the skull, the silver band that says S1CK substantially similar to the silver band that says King Baby, and its use of 0.925 sterling silver.  S1CK Product J is included as a product under men's bracelets as is King Baby Product J.

79.     An image of King Baby Design J and the S1CK Product J sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

/ / /

/ / /

/ / /

**King Baby Design J**                    **S1CK Product J**




ITEM NUMBER: K40-5282
ITEM DESCRIPTION: 10MM ONYX BEAD BRACELET
W/DAY OF THE DEAD SKULL

## CLAIM RELATED TO REGISTRATION NO. VA 1-956-857

80.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-956-098. ("King Baby Design K" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design K is attached herein as **Exhibit "K."**

81.     King Baby Design K was created in 2009 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and

represented the use of its skill, judgment and labor.  King Baby Design K is well known and an identifiable brand to the customers and is easily accessible to the public.

82.     Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design K.

83.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design K, Defendants and DOE Defendants, and each of them infringed King Baby Design K and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design K (hereafter "S1CK Product K") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Art of Thorns XL."

84.     S1CK Product K infringes King Baby Design K, through its replication of the curb link style, the carved out design on each link, the detailed toggle clasp, the detailed designs on the toggle clasp, the crown design on the toggle, and its use of 0.925 sterling silver.  S1CK Product K is included as a product under men's bracelets as is King Baby Product K.

85.     An image of King Baby Design K and the S1CK Product K sold by Defendants at www.s1ckjewelry.com are set forth hereinbelow:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**King Baby Design K**

**S1CK Product K**



## <u>CLAIM RELATED TO REGISTRATION NO. VA 1-956-107</u>

86.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-956-107. ("King Baby Design L" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design L is attached herein as **Exhibit "L."**

87.     King Baby Design L was created in 2009 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design L is well known and an identifiable brand to the customers and is easily accessible to the public.

88.     Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design L.

89.      Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design L, Defendants and DOE Defendants, and each of them infringed King Baby Design L and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design L (hereafter "S1CK Product L") without Plaintiff's authorization, including but not

limited to jewelry sold by Defendants under the Item Description of "Rock Star Muertos Version 2."

90.     S1CK Product L infringes King Baby Design L, through its replication of the onyx beads, the rosary necklace design, the silver cross in the center, the small silver roses on the necklace, the dangling skull, the small silver rose between the cross and the skull, the upside down heart shaped nose on the skull, and its use of 0.925 sterling silver.  S1CK Product L is included as a product under necklaces as is King Baby Product L.

91.     An image of King Baby Design L and the S1CK Product L sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

| King Baby Design L | S1CK Product L |
|:---:|:---:|





ITEM NUMBER: K56-5046
ITEM DESCRIPTION: ONYX BEAD ROSARY W/3D MB
CROSS AND DAY OF THE DEAD SKULL

30

**COMPLAINT**

## CLAIM RELATED TO REGISTRATION NO. VA 1-958-576

92.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-958-576. ("King Baby Design M" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design M is attached herein as **Exhibit "M."**

93.     King Baby Design M was created in 2011 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design M is well known and an identifiable brand to the customers and is easily accessible to the public.

94.     Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design M.

95.     Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design M, Defendants and DOE Defendants, and each of them infringed King Baby Design M and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design M (hereafter "S1CK Product M") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Marble

Royal Fleur Secreto."

96.     S1CK Product M infringes King Baby Design M, through its replication of the gray marble beads, the dangling cross, the rosary style, the silver roses on the necklace, the silver rose between the pendant and the cross, the swirled ends of the cross, and its use of 0.925 sterling silver.  S1CK Product M is included as a product under men's necklaces as is King Baby Product M.

97.     An image of King Baby Design M and the S1CK Product M sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

| King Baby Design M | S1CK Product M |
|:---:|:---:|
|  |  |

**CLAIMS RELATED TO REGISTRATION NUMBER VA 1-956-861**

98.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration

No. VA 1-956-861. ("King Baby Design N" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for the King Baby Design N is attached herein as **Exhibit "N."**

99.     King Baby Design N was created in 2008 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design N is well known and an identifiable brand to the customers and is easily accessible to the public.

100.    Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design N.

101.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design N, Defendants and DOE Defendants, and each of them infringed King Baby Design N and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design N (hereafter "S1CK Product N") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Royal Skulls Chained."

102.    S1CK Product N infringes King Baby Design N, through its replication of the silver crowned skulls, the fleur de lis, the curbed chain, the link design, the

lobster clasp, and its use of 0.925 sterling silver.  S1CK Product N is included as a product under men's bracelets as is King Baby Product N.

103.   An image of King Baby Design N and the S1CK Product N sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

**King Baby Design N**                          **S1CK Product N**




## CLAIMS RELATED TO REGISTRATIO NO. VA 1-956-109

104.   Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-956-109. ("King Baby Design O" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for King Baby Design O is attached herein as **Exhibit "O."**

105.   King Baby Design O was created in 2012 and Plaintiff has been selling

34

**COMPLAINT**

the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design O is well known and an identifiable brand to the customers and is easily accessible to the public.

106.    Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design O.

107.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design O, Defendants and DOE Defendants, and each of them infringed King Baby Design O and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design O (hereafter "S1CK Product O") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Angel."

108.    S1CK Product O infringes King Baby Design O, through its replication of the detailed wingspan, the link connecting the two wings, the layered feather design on the wings, the onyx beads, the lobster clasp, and its use of 0.925 sterling silver.  S1CK Product O is included as a product under women's bracelets as is King Baby Product O.

109.    An image of King Baby Design O and the S1CK Product O sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

**COMPLAINT**

**King Baby Design O**                                    **S1CK Product O**





ITEM NUMBER: K42-5825
ITEM DESCRIPTION: ONYX BEAD WINGSPAN BRACELET

## CLAIMS RELATED TO REGISTRATIO NO. VA 1-955-525

110.   Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-525 ("King Baby Design P" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for King Baby Design P is attached herein as **Exhibit "P."**

111.   King Baby Design P was created in 2012 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and

represented the use of its skill, judgment and labor.  King Baby Design P is well known and an identifiable brand to the customers and is easily accessible to the public.

112.    Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design P.

113.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design P, Defendants and DOE Defendants, and each of them infringed King Baby Design P and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design P (hereafter "S1CK Product P") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Boss Version 4."

114.    S1CK Product P infringes King Baby Design P, through its replication of the detailed skull ring, the red garnets in the eyes of the skull, the words written on the forehead of the skull, the Day of the Dead design, the "Made in the U.S.A." product description, and its use of 0.925 sterling silver.  S1CK Product P is included as a product under men's rings as is King Baby Product P.

115.    An image of King Baby Design P and the S1CK Product P sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

/ / /

**King Baby Design P**



**S1CK Product P**



## CLAIMS RELATED TO REGISTRATIO NO. VA 1- 956 – 630

116.    Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-956-630 ("King Baby Design Q" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for King Baby Design Q is attached herein as **Exhibit "Q."**

117.    King Baby Design Q was created in 2012 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design Q is well known and an identifiable brand to the customers and is easily accessible to the public.

118.    Plaintiff is the legal or equitable owner of all of the copyright in King

Baby Design Q.

119.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design Q, Defendants and DOE Defendants, and each of them infringed King Baby Design Q and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design Q (hereafter "S1CK Product Q") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Pink Blossoms."

120.    S1CK Product Q infringes King Baby Design Q, through its replication of the pink rose colored beads, the small silver roses, the 7" fit, and its use of 0.925 sterling silver.  S1CK Product Q is included as a product under women's bracelets as is King Baby Product Q.

121.    An image of King Baby Design Q and the S1CK Product Q sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

/ / /

/ / /

/ / /

/ / /

**COMPLAINT**

**King Baby Design Q**                    **S1CK Product Q**

            

## CLAIMS RELATED TO REGISTRATION NO. VA 1-955-198

122.    Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-198 ("King Baby Design R" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for King Baby Design R is attached herein as **Exhibit "R."**

123.    King Baby Design R was created in 2010 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad. Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design R is well known and an identifiable brand to the customers and is easily accessible to the public.

124.    Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design R.

125.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design R, Defendants and DOE Defendants, and each of them infringed King Baby Design R and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design R (hereafter "S1CK Product R") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under the Item Description of "Sacred Melting Hearts and Onyx Bracelet."

126.    S1CK Product R infringes King Baby Design R, through its replication of the onyx beads, the dangling silver heart, the crown on top of the heart, and its use of 0.925 sterling silver.  S1CK Product R is included as a product under women's bracelets as is King Baby Product R.

127.    An image of King Baby Design R and the S1CK Product R sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

/ / /

/ / /

/ / /

**COMPLAINT**

**King Baby Design R**          **S1CK Product R**

 

## CLAIMS RELATED TO REGISTRATION NO. VA 1-955-509

128.     Plaintiff owns an original jewelry design used for body jewelry, which has been registered with the United States Copyright Office under the Registration No. VA 1-955-509 ("King Baby Design S" hereafter).  Plaintiff has complied with all requirements of the Federal Copyright laws with respect to registration.  A true and correct copy of Certificate of Registration for King Baby Design S is attached herein as **Exhibit "S."**

129.     King Baby Design S was created in 2011 and Plaintiff has been selling the same through its website <<kingbabystudio.com>> and in stores located in the United States and abroad.  Said design was the original effort of Plaintiff and represented the use of its skill, judgment and labor.  King Baby Design S is well

known and an identifiable brand to the customers and is easily accessible to the public.

130.    Plaintiff is the legal or equitable owner of all of the copyright in King Baby Design S.

131.    Plaintiff is informed and believes and thereon alleges that following its distribution of King Baby Design S, Defendants and DOE Defendants, and each of them infringed King Baby Design S and manufactured/distributed/sold body jewelry featuring a design which is identical or substantially similar to King Baby Design S (hereafter "S1CK Product S") without Plaintiff's authorization, including but not limited to jewelry sold by Defendants under Item Description of "Dead Lapis."

132.    S1CK Product S infringes King Baby Design S, through its replication of the blue lapis beads, the 10 mm size beads, the silver Day of the Dead skull, the additional silver charm on the opposite end of the skull, and its use of 0.925 sterling silver.  S1CK Product S is included as a product under men's bracelets as is King Baby Product S.

133.    An image of King Baby Design R and the S1CK Product R sold by Defendants www.s1ckjewelry.com are set forth hereinbelow:

/ / /

/ / /

**King Baby Design S**          **S1CK Product S**




134.    The general look and feel of Defendants' products and brand are substantially similar to Plaintiff's.

135.    S1CK did not officially launch until 15 years after Plaintiff.  S1CK uses products that are hand made in the United States like Plaintiff.  S1CK targets individuals who want to be part of a unique group of people like Plaintiff.  S1CK uses designs incorporating the Day of the Dead, including but not limited to, fleur de lis, roses, skulls, crosses, angel wings, crowns, and guns like Plaintiff.  S1CK uses onyx beads, including but not limited to, lapis beads, labradorite beads, tiger eye beads, red coral beads, turquoise beads, agate, lava rock beads, and red garnets like Plaintiff.

136.    S1CK's use of the same designs and materials will confuse consumers into believing that S1CK is associated with Plaintiff or that S1CK is Plaintiff.

**FIRST CLAIM FOR RELIEF**

**(For Copyright Infringement – Against All Defendants, and Each)**

137.    Plaintiff repeats, re-alleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

138.    On various dates indicated above, Mitchell Binder created and properly registered the King Baby Designs A through S (collectively, "King Baby Designs" hereafter) with the United States Copyright Office.  The Copyright Office accepted such submission and issued Mitchell Binder certificates of copyright registration, as copies of which are attached as Exhibit A through S and incorporated herein by reference.

139.    Through the license agreement with Mitchell Binder, who is also the owner of Plaintiff, Plaintiff is the current owner of the entire right, title and interest in King Baby Designs, in the copyright to King Baby Designs and in the registrations of the copyright to King Baby Designs.

140.    Defendants, and each of them, had access to King Baby Designs, including, without limitation through Plaintiff's website at www.kingbabystudio.com and other retail stores that display/sell King Baby Designs, including, but not limited to, Saks Fifth Avenue, Zappos, and HSN.

141.    Defendants, and each of them, knowingly and willfully infringed

**COMPLAINT**

Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from King Baby Designs and by producing, distributing and/or selling jewelry products containing King Baby Designs, including but not limited to, S1CK Product A through S (collectively "S1CK Products" hereafter), under the name of 'S1CK Jewelry' and through a nationwide network of retail stores, catalogues, and through on-line websites such as www.s1ckjewelry.com and www.ebay.com.  A copy of the screenshots of www.s1ckjewelry.com through which Defendants are selling infringing jewelry products under the name of S1CK Jewelry is attached herein as **Exhibit "T."**

142.    Defendants willfully, intentionally, and purposefully infringed King Baby Designs with full knowledge of Plaintiff's exclusive copyrights in King Baby Designs in disregard of and indifference to the rights of Plaintiff.

143.    Defendants willfully, intentionally and purposefully reproduced, distributed, licensed and/or sold copies of King Baby Designs to various parties with full knowledge of Plaintiff's exclusive copyrights in King Baby Designs and in disregard of and indifference to the rights of Plaintiff.

144.    Defendants, and each of them, have wrongfully reproduced, manufactured, distributed for sale, and sold S1CK Products directly infringed from King Baby Designs without first obtaining a license or other consent from Plaintiff. Plaintiff has notified Defendants of their wrongful conduct by written communication.  Specifically, Plaintiff sent a cease and desist letter to Defendants in

46

**COMPLAINT**

2013 requesting Defendants, among other things, to immediately remove all S1CK Products infringing King Baby Designs from www.s1ckjewelry.com and cease and desist from ordering, purchasing, displaying, selling or advertising all infringing copies of King Baby Designs.  A true and correct copy of such notice is attached as **Exhibit "U"** and incorporated herein by reference.  Despite such written notice, Defendants, and each of them, have ignored, and continue to ignore, Plaintiff's exclusive rights in jewelry designs, including Plaintiff's entitlement to revenue related to King Baby Designs.  Defendants' infringement of King Baby Designs was committed willfully as evidenced by Defendants' receipt of Exhibit U and their failure to cease and desist their infringement thereafter.

145.    The infringement of Plaintiff's right in and to each of the designs referenced herein constitutes a separate and distinct act of infringement.

146.    The unauthorized and infringing use by Defendants of King Baby Designs will, unless enjoined, cause irreparable harm, damage and injury to Plaintiff, in that the value of King Baby Designs has diluted; that Plaintiff has lost its opportunity to make profits from King Baby products and that Plaintiff's reputation has been damaged as a result of the failure of Defendants to properly credit Plaintiff as the original owner and designer of King Baby Designs.

147.    Plaintiff has been, and will continue to be, irreparably harmed, damaged and injured as a result of Defendants' infringements and threatened infringements of Plaintiff's copyrights.  In addition, Defendants have unlawfully and

47

**COMPLAINT**

wrongfully derived, and will continue to derive, income and profits from their infringing acts.

148.    Since the date of first registration, Plaintiff has complied with all pertinent provisions of the Federal Copyright Act and all other laws governing copyright with respect to King Baby Designs.  Great and irreparable harm, damage and injury will result to Plaintiff unless all wrongful and illegal acts of Defendants are immediately and permanently enjoined.

149.    Plaintiff provided Defendants with actual notice of Defendants' wrongful claim to and unauthorized use of King Baby Designs but Defendants decided to ignore and be non-responsive to Plaintiff's notice.  Based thereon Plaintiff alleges that the acts of infringement by Defendants have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff.

150.    As a direct and proximate result of Defendants' infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff has suffered and will continue to suffer, substantial losses, including but not limited to its business reputation and goodwill.  Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. §504(c)(2).  Alternatively, at Plaintiff's election, pursuant to 17 U.S.C. §504(b), Plaintiff shall be entitled to its actual damages plus Defendants' profit from infringement, as will be proven at trial.

## SECOND CLAIM FOR RELIEF

### (For Unfair Competition – Against All Defendants, and Each)

151.    Plaintiff re-alleges Paragraphs 1 – 150 of this Complaint.

152.    Defendants, by their unauthorized appropriation and use of Plaintiff's original jewelry designs, have engaged, and are continuing to engage, in acts of wrongful deception to the public, wrongful designation as to the source and sponsorship of goods, wrongful deprivation of Plaintiff's good name and reputation, and the wrongful deprivation of Plaintiff's right to public recognition and credit as a jewelry designer and owner of King Baby Designs.

153.    Plaintiff's action concerning Defendants' unfair competition is related to Plaintiff's "substantial" copyright infringement action since both actions are based on the same operative facts.

154.    Further, Defendants have been using in commerce false or misleading description of fact and/or false or misleading representation of fact concerning originality of S1CK Product, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of S1CK Products with King Baby Designs.  Defendants have been using false or misleading representation of fact, which, in commercial advertising or promotion, misrepresents the nature, characteristics, or qualities of S1CK Products in violation of the Lanham Act and California Business and Professional Code Section 17200.  Such violations by Defendants include Defendants' misrepresentation on their website at

49

**COMPLAINT**

www.s1ckjewelry.com that the name S1CK Jewelry, or S1CK Products are copyrighted by the United States Copyright office.  Plaintiff is informed, believes and thereon alleges that such representation by Defendants is false and misleading and neither the name "S1CK jewelry" nor any of S1CK Products have been properly copyrighted by the United States Copyright Office.  (See Exhibit U).  Such false and misleading statements constitute additional acts of unfair trade practices and unfair competition, all to Plaintiff's damage.

155.   Plaintiff is informed, believes and based thereon alleges that since 2011, and continuously thereafter, Defendants have been producing, manufacturing, selling and marketing S1CK Products Defendants infringed directly from King Baby Designs, resulting in consumer confusion as to the source of the design.  Such conduct constitutes an unfair trade practice and unfair competition under the Lanham Act and California Business and Professional Code Section 17200.

156.   As a direct and proximate result of various acts of unfair competition and unfair trade practices by Defendants, Plaintiff have caused the following damages:

(a) Plaintiff's loss of profit caused by Defendants' infringing activities and unauthorized use and sale of S1CK Products;

(b) Dilution of the value of King Baby Designs caused by Defendants' indiscriminative use of King Baby Designs and false representation and advertisement as to the true owner of S1CK Products and King Baby Designs;

**COMPLAINT**

and

(c) Plaintiff's loss of opportunity to market and sell King Baby Designs and products associated with King Baby Designs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests judgment against Defendants for:

1. A preliminary injunction enjoining Defendants and their agents, servants and employees from infringing in any manner the copyrights of Plaintiff in King Baby Designs and from producing, marketing, selling, advertising, or otherwise disposing of any copies of King Baby Designs and S1CK Products during the pendency of this action;

2. A permanent injunction enjoining Defendants and their agents, servants and employees from infringing in any manner the copyrights of Plaintiff in King Baby Designs and from producing, marketing, selling, advertising, or otherwise disposing of any copies of King Baby Designs and/or S1CK Products following a final decision in this action;

3. A declaration that Defendants infringe Plaintiff's copyright both directly and secondarily;

4. A declaration that all of Defendants' rights in any infringing works, including but not limited to S1CK Products, and any drawings/documents embodying those works, are null and void, and declaring Plaintiff the owner of all such

rights in said works and designs;

5. A declaration directing Defendants to cancel and declare void any and all contracts, including but not limited to contracts with retail stores, distributers, online service providers, wholesalers, and manufacturers that involve materials which contain unauthorized portions of King Baby Designs;

6. An accounting for, and payment to Plaintiff of, all the following sums:

   a. All gains, profits and advantages derived by Defendants as a result of their unfair trade practices and unfair competition; and

   b. All gains, profits and advantages derived by Defendants as a result of their infringement of Plaintiffs' copyrights;

7. Actual damages plus Defendants' profit from infringement as the court shall deem proper and as will be proven at trial pursuant to 17 U.S.C. §504(b) or in the alternative, the maximum statutory damages in the amount of $150,000 per infringement for Defendant's willful infringement pursuant to 17 U.S.C. §504(c)(2);

8. The delivery by Defendants, their agents, employees and all holdings with, through, or under them, or anyone acting on their behalf, to be impounded during the pendency of this action, of all articles alleged to infringe the copyrights of Plaintiff in King Baby Designs;

9. The delivery by Defendants, their agents, employees and all holding with, through, or under them, or anyone acting on their behalf, for destruction

following a final decision in this action, of all infringing copies or devices, as well as designs, samples, drawings and any other means for making infringing copies or devices;

10. Additional damages as will be proven at trial for unfair and deceptive trade practice;

11. Reasonable attorneys' fees in bringing this action and subsequent fees and costs associated with this action including the fees incurred in preparing and drafting previous cease and desist letter;

12. The costs of this action; and

13. Such other and further relief as the court deems proper.

Dated:  October 5, 2015                                        **BEITCHMAN & ZEKIAN, P.C.**

By: _____

David P. Beitchman
Attorney for Plaintiff KING
BABY STUDIO, INC.

**COMPLAINT**

## DEMAND FOR A JURY TRIAL

Plaintiff KING BABY STUDIO, INC. requests a trial by jury on all issues for which it is entitled to a jury.

Dated:  October 5, 2015                    **BEITCHMAN & ZEKIAN, P.C.**

By: _____
       David P. Beitchman
       Attorney for Plaintiff, KING
       BABY STUDIO, INC.

54
**COMPLAINT**