# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-956-104**

**Effective Date of Registration:**
April 08, 2015

## Title

    **Title of Work:** MEDIUM ARCH TYPE WING PENDANT

## Completion/Publication

    **Year of Completion:** 2012
    **Date of 1st Publication:** January 16, 2012
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Mitchell Binder
    **Author Created:** jewelry design
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Mitchell Binder
    1621 12th Street, Santa Monica, CA, 90404, United States

## Rights and Permissions

    **Organization Name:** Beitchman & Zekian, P.C.
    **Name:** Zina Yu
    **Email:** zinay@bzlegal.com
    **Telephone:** (818)986-9100
    **Address:** 16130 Ventura Blvd., #570
    Encino, CA 91436 United States

## Certification

    **Name:** Zina Yu
    **Date:** April 08, 2015
    **Applicant's Tracking Number:** K10-5838