JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 13, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

King Baby Studio, Inc.,

          Plaintiff,

v.

Jonnyo Dulay et al.,

          Defendants.

EDCV 15-2051-VAP (SPx)

**DEFAULT JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Defendant S1CK Jewelry and Defendant Jonnyo Dulay have failed to appear, plead, or otherwise defend in this action, and default was entered on December 10, 2015, and March 21, 2016.  (Doc. Nos. 19, 27.)  Counsel for plaintiff King Baby Studio requested judgment against Defendants, and filed a proper motion and declaration in accordance with Federal Rule of Civil procedure 55(a) and (b).  (Doc. No. 34.)  Judgment is hereby entered in favor of King Baby Studio and against Defendants S1CK Jewelry and Jonnyo Dulay, as follows:

- Defendants and their agents, servants, and employees are enjoined from infringing in any manner the copyrights of Plaintiff's King Baby Designs and from producing, marketing, selling, advertising, or otherwise disposing of any copies of the infringed products;

- Defendants' are to return all infringed copies or devices, as well as designs, samples, drawings and any other means for making infringing copies or devices to Plaintiff for destruction;

- Plaintiff is awarded $20,000 in statutory damages.

**IT IS SO ORDERED.**

Dated:   3/13/17

                              Virginia A. Phillips
                              Chief United States District Judge