AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION   ☐ APPEAL

| DOCKET NO.<br>5:15-CV-02051 | DATE FILED<br>10/5/2015 | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>KING BABY STUDIO, INC. | | DEFENDANT<br>JONNYO DULAY, S1CK JEWELRY, DOES 1-20 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-955-941 | ONYX BEAD BRACELET WITH SILVER ROSES | MITCHELL BINDER |
| 2 | VA 1-956-104 | MEDIUM ARCH TYPE WING PENDANT | MITCHELL BINDER |
| 3 | VA 1-955-943 | SILVER WING ON 3MM ONYN BEAD NECKLACE | MITCHELL BINDER |
| 4 | VA 1-955-598 | SMALL REVOLVER PENDANT | MITCHELL BINDER |
| 5 | VA 1-955-489 | 6MM RED CORAL BEAD BRACELET WITH 4 ROSE | MITCHELL BINDER |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☑ Judgment | ☐ Yes   ☑ No | 3/13/2017 |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>[signature] | DATE<br>3/14/2017 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

CONTINUED FROM THE REPORT ON THE FILING AN ACTION – Form AO 121

| COPYRIGHT REGISTRATION | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| VA 1-956-110 | 6MM ONYX BEAD ROSARY WITH JET ROSE AND CROWNED HEART DROP | MITCHELL BINDER |
| VA 1-955-209 | ALL STAR SKULL PENDANT | MITCHELL BINDER |
| VA 1-955-487 | LEATHER DAY OF THE DEAD SKULL CUFF | MITCHELL BINDER |
| VA 1-955-942 | LARGE SKULL RING WITH CHOSEN CROSS DETAIL | MITCHELL BINDER |
| VA 1-955-203 | LION'S HEAD RING | MITCHELL BINDER |
| VA 1-956-098 | 10MM ONYX BEAD BRACELET WITH DAY OF THE DEAD SKULL | MITCHELL BINDER |
| VA 1-956-857 | DAY OF THE DEAD CARVED LINK BRACELET | MITCHELL BINDER |
| VA 1-956-107 | ONYX BEAD ROSARY WITH 3D MB CROSS AND DAY OF THE DEAD SKULL | MITCHELL BINDER |
| VA 1-958-576 | 10MM LABRADORITE ROSARY WITH SILVER ROSES, SKULL AND TRADITIONAL CROSS | MITCHELL BINDER |
| VA 1-956-861 | SKULL & FLEUR DE LIS LIGHT LINK BRACELET | MITCHELL BINDER |
| VA 1-956-109 | ONYX BEAD WINGSPAN BRACELET | MITCHELL BINDER |
| VA 1-955-525 | LARGE SKULL RING WITH CHOSEN CROSS DETAIL AND GARNET EYES | MITCHELL BINDER |
| VA 1-956-630 | 10MM ROSE QUARTZ BEAD BRACELETS WITH ROSES | MITCHELL BINDER |
| VA 1-955-198 | ONYX BEAD BRACELET WITH PAVE BLACK CZ BABY CROWNED HEART | MITCHELL BINDER |
| VA 1-955-509 | 10MM LAPIS BEAD BRACELET WITH DAY OF THE DEAD SKULL | MITCHELL BINDER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 13, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

King Baby Studio, Inc.,

          Plaintiff,

   v.

Jonnyo Dulay et al.,

          Defendants.

EDCV 15-2051-VAP (SPx)

**DEFAULT JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Defendant S1CK Jewelry and Defendant Jonnyo Dulay have failed to appear, plead, or otherwise defend in this action, and default was entered on December 10, 2015, and March 21, 2016.  (Doc. Nos. 19, 27.)  Counsel for plaintiff King Baby Studio requested judgment against Defendants, and filed a proper motion and declaration in accordance with Federal Rule of Civil procedure 55(a) and (b).  (Doc. No. 34.)  Judgment is hereby entered in favor of King Baby Studio and against Defendants S1CK Jewelry and Jonnyo Dulay, as follows:

- Defendants and their agents, servants, and employees are enjoined from infringing in any manner the copyrights of Plaintiff's King Baby Designs and from producing, marketing, selling, advertising, or otherwise disposing of any copies of the infringed products;

- Defendants' are to return all infringed copies or devices, as well as designs, samples, drawings and any other means for making infringing copies or devices to Plaintiff for destruction;

- Plaintiff is awarded $20,000 in statutory damages.

**IT IS SO ORDERED.**

Dated:  3/13/17

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge

2